✎AO 154  (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

|  |  |  |
|---|---|---|
| Southern | **District of** | New York |

| | |
|---|---|
| FusionMedia Ventures, LLC<br><br>                              Plaintiff (s),<br><br>V.<br><br>Sportority Inc. d/b/a Minute Media<br><br>                              Defendant (s), | **CONSENT ORDER GRANTING<br>SUBSTITUTION OF ATTORNEY**<br><br>**CASE NUMBER:**  1:26-cv-03039-JMF |

Notice is hereby given that, subject to approval by the court,  Sportority Inc. d/b/a Minute Media  substitutes
(Party (s) Name)

Adam R. Bialek  , State Bar No.  2456218  as counsel of record in
(Name of New Attorney)

place of   David Joseph Ranzenhofer, of Friedman Kaplan Seiler Adelman & Robbins LLP.   .
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | Wilson Elser Moskowitz Edelman & Dicker LLP |
| Address: | 150 E 42nd Street, New York, NY 10017 |
| Telephone: | (212) 915-5143          Facsimile  (212) 490-3038 |
| E-Mail (Optional): | Adam.Bialek@wilsonelser.com |

I consent to the above substitution.

Date:    5/27/2026

_____
Dan. Ben-Adi
863E5F4361E24...(Signature of Party (s))

I consent to being substituted.

Date:    5/26/2026

_____
David Ranzenhofer
989A66519567482...(Signature of Former Attorney (s))

I consent to the above substitution.

Date:          5/26/2026

_____
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:    _____          _____
Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**