UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
                                     :

FUSIONMEDIA Ventures, LLC,              :

                                       :

                            Plaintiff,    :

                                       :         Case No. 1:26-cv-03039-JMF

         - against -                :

                                       :        **NOTICE OF MOTION TO**

Sportority Inc. d/b/a Minute Media,    :        **WITHDRAW AS COUNSEL**

                                       :

                         Defendant.    :

                                       :
-------------------------------------------------------------------x

        PLEASE TAKE NOTICE that, pursuant to Rule 1.4(b) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, the undersigned counsel, David J. Ranzenhofer, Friedman Kaplan Seiler Adelman & Robbins LLP, moves to withdraw as counsel for defendant Sportority Inc. d/b/a Minute Media.

        Outgoing counsel is not asserting a retaining or charging lien. No affidavit is required to be submitted in support of this motion because a stipulation for substitution of counsel signed by the client was submitted, *see* ECF No. 16.

Dated:  New York, New York
        May 27, 2026

                                Respectfully Submitted,

                                FRIEDMAN KAPLAN SEILER
                                ADELMAN & ROBBINS LLP

                              */s/ David J. Ranzenhofer*
                              David J. Ranzenhofer (dranzenhofer@fklaw.com)
                              7 Times Square
                              New York, NY 10036-6516
                              (212) 833-1100

                              *Outgoing Attorneys for Defendant*
                              *Sportority Inc. d/b/a Minute Media*