UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------- x
                                                         :

FUSIONMEDIA Ventures, LLC,                :

                                                :

                             Plaintiff,        :

                                              :      Case No. 1:26-cv-03039-JMF

            - against -                      :

                                                :      **<u>CERTIFICATE OF SERVICE</u>**

Sportority Inc. d/b/a Minute Media,      :

                                                :

                             Defendant.     :

                                                :
---------------------------------------------------------------- x

         I certify that on May 27, 2026, I caused the Notice of Motion to Withdraw as Counsel (ECF No. 17) to be served as follows:

            1.       On defendant Sportority Inc. d/b/a Minute Media by USPS First-Class Mail to:

> Sportority Inc.
> Attn: Legal Department
> 625 Broadway, 10th Floor
> New York, NY 10012

            2.       On incoming counsel of record for defendant Sportority Inc. d/b/a Minute Media by ECF.

            3.       On counsel of record for plaintiff FUSIONMEDIA Ventures, LLC by ECF.

Dated:  New York, New York
        May 27, 2026

                                FRIEDMAN KAPLAN SEILER
                                  ADELMAN & ROBBINS LLP


                                /s/ David J. Ranzenhofer
                                David J. Ranzenhofer (dranzenhofer@fklaw.com)
                                7 Times Square
                                New York, NY 10036-6516
                                (212) 833-1100

                                *Outgoing Attorneys for Defendant
                                Sportority Inc. d/b/a Minute Media*