✎AO 154  (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

Southern                 **District of**                 New York

| | |
|---|---|
| FusionMedia Ventures, LLC | **CONSENT ORDER GRANTING** |
| Plaintiff (s), | **SUBSTITUTION OF ATTORNEY** |
| V. | |
| Sportority Inc. d/b/a Minute Media | **CASE NUMBER:** 1:26-cv-03039-JMF |
| Defendant (s), | |

Notice is hereby given that, subject to approval by the court, Sportority Inc. d/b/a Minute Media substitutes
(Party (s) Name)

Adam R. Bialek , State Bar No. 2456218 as counsel of record in
(Name of New Attorney)

place of David Joseph Ranzenhofer, of Friedman Kaplan Seiler Adelman & Robbins LLP. .
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: Wilson Elser Moskowitz Edelman & Dicker LLP

Address: 150 E 42nd Street, New York, NY 10017

Telephone: (212) 915-5143          Facsimile (212) 490-3038

E-Mail (Optional): Adam.Bialek@wilsonelser.com

I consent to the above substitution.

Date: 5/27/2026

_Dan Ben-Adi_
863E5F4361E2... (Signature of Party (s))

I consent to being substituted.

Date: 5/26/2026

_David Ranzenhofer_
989A66519567482 (Signature of Former Attorney (s))

I consent to the above substitution.

Date: 5/26/2026

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: May 28, 2026

Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**

In light of this substitution, Mr. Razenhofer's withdrawal motion is hereby GRANTED.  The Clerk of Court is directed to terminate ECF No. 17 and to update the docket consistent with this endorsement.