

June 26, 2026

**Dara Elpren**
212.915.5253 (direct)
Dara.Elpren@WilsonElser.com

<u>VIA ECF</u>
The Honorable Jesse M. Furman
United States District Court for the Southern District of New York
500 Pearl Street, Room 2510
New York, NY 10007

Re:     *FUSIONMEDIA Ventures, LLC v. Sportority Inc. d/b/a Minute Media*
        Case No. 1:26-cv-03039-JMF
        Joint Request for Settlement Conference
        Wilson Elser File No: 28080.00001

Dear Judge Furman:

        This firm represents defendant Sportority Inc. d/b/a Minute Media ("Minute Media") in the above-referenced action. We write jointly with Plaintiff's counsel, Levin-Epstein & Associates, P.C., to respectfully request that the Court refer this matter to Magistrate Judge Robert W. Lehrburger for an early settlement conference.

        The parties have conferred and agree that early settlement discussions may be productive in this case. To that end, the parties have agreed to exchange informal discovery under the Proposed Protective Order (Dkt. 22), in an effort to achieve early resolution of the matter. The parties hereby jointly request that the Court issue an Order referring the case to Magistrate Judge Lehrburger to schedule a settlement conference before the Court at the earliest that works for both parties and the Court.

        Minute Media has advised the Plaintiff's counsel that it intends to move to dismiss the case in lieu of an Answer.  In an effort to avoid the expense of preparing such a motion and requiring the Plaintiff to respond, the Parties jointly request that the Court adjourn the answer date until thirty (30) days after the settlement conference, notwithstanding the Court's last Order (ECF No. 21) indicating that there would be no further extensions absent extraordinary circumstances.  We believe that while this may not be "extraordinary circumstances," the Parties' efforts to resolve this dispute before having the Parties spend significant time, money and resources briefing the issues on a Motion to Dismiss, and presenting a motion before the Court to consider when it might ultimately not have to address it, constitutes good cause for the Court to grant the additional extension.

Albany, NY | Atlanta, GA | Austin, TX | Baltimore, MD | Birmingham, AL | Boston, MA | Charlotte, NC | Chicago, IL | Dallas, TX | Denver, CO | Detroit, MI | Long Island, NY
Hartford, CT | Houston, TX | Indianapolis, IN | Jackson, MS | Las Vegas, NV | London, England | Los Angeles, CA | Louisville, KY | Madison, NJ | McLean, VA | Merrillville, IN
Miami, FL | Milwaukee, WI | Nashville, TN | New Orleans, LA | New York, NY | Orange County, CA | Orlando, FL | Philadelphia, PA | Phoenix, AZ | Portland, OR | Raleigh, NC
San Diego, CA | San Francisco, CA | Sarasota, FL | Seattle, WA | Stamford, CT | St. Louis, MO | Tyler, TX | Washington, DC | West Palm Beach, FL | White Plains, NY

338602753v.1

- 2 -

We thank the Court for its attention to this request.  Should you have any questions, or would like to schedule a conference with the Parties, please let us know.

Respectfully submitted,

Wilson Elser Moskowitz Edelman & Dicker LLP

*/s/ Dara S. Elpren*

Dara S. Elpren

cc: All Counsel of Record (by ECF)

- 2 -

338602753v.1