**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| FusionMedia Ventures, LLC,<br>Plaintiff,<br>v.<br>Sportority Inc. d/b/a Minute Media,<br>Defendant. | **NOTICE OF DEFENDANTS' MOTION TO DISMISS**<br><br>[*Filed concurrently with Defendant's Memorandum in Support of Motion to Dismiss Plaintiff's Complaint and Declaration of Dara S. Elpren*]<br><br>**Civil Action No.:**<br>1:26-cv-03039-JMF |

**DEFENDANT'S NOTICE OF MOTION TO DISMISS COMPLAINT**

PLEASE TAKE NOTICE that, upon the annexed Memorandum in Support of Motion to Dismiss, Declaration of Dara S. Elpren, Esq., dated August 27, 2026, and exhibits annexed thereto, and upon all the prior pleadings and proceedings had herein, Defendant Sportority Inc. d/b/a Minute Media by its attorneys Wilson, Elser, Moskowitz, Edelman & Dicker LLP, will move to dismiss Plaintiff's Complaint on the grounds that the SAC fails for a failure to state a claim because the allegations are not plausible.

Dated: August 27, 2026

Respectfully submitted,

By: */s/ Dara S. Elpren*

**Wilson Elser Moskowitz Edelman & Dicker LLP**
150 E 42nd Street
New York, NY 10017
Adam R. Bialek, Esq.
adam.bialek@wilsonelser.com

Sarah Fink, Esq.
sarah.fink@wilsonelser.com

Dara S. Elpren, Esq.
dara.elpren@wilsonelser.com
***Attorneys for Defendant***