WILSON ELSER
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP

August 27, 2026

**Dara Elpren**
212.915.5253 (direct)
Dara.Elpren@WilsonElser.com

VIA ECF
The Honorable Jesse M. Furman
United States District Court for the Southern District of New York
500 Pearl Street, Room 2510
New York, NY 10007

Re: FUSIONMEDIA Ventures, LLC v. Sportority Inc. d/b/a Minute Media
Case No. 1:26-cv-03039-JMF
Letter Motion to File Memorandum of Law in Support of Motion to Dismiss and Supporting Exhibits Under Seal
File No: 28080.00001

Dear Judge Furman:

This firm represents defendant Sportority Inc. d/b/a Minute Media ("Minute Media") in the above-referenced action. We write pursuant to Part 7 of the Court's Individual Rules and Practices in Civil Cases to respectfully request leave to file the Memorandum of Law in Support of Defendant Minute Media's Motion to Dismiss Plaintiff's Complaint (ECF No. 1), as well as supporting Exhibits A and B, under seal.

The documents for which Defendant seeks leave to file under seal include: (1) the Memorandum of Law in Support of Defendant Minute Media's Motion to Dismiss Plaintiff's Complaint, which quotes portions of the Mutual Non-Disclosure Agreement ("NDA") attached as Exhibit A and the Letter of Intent ("LOI") attached as Exhibit B; (2) Exhibit A; (3) and Exhibit B.

Good cause exists for sealing the documents described herein. As set forth in the Court's Individual Rules and Practices, "[t]o be approved, any redaction or sealing of a court filing must be narrowly tailored to serve whatever purpose justifies the redaction or sealing and must be otherwise consistent with the presumption in favor of public access to judicial documents." *See Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 119-20 (2d Cir. 2006).

Exhibit A is the NDA between the parties, which by its express terms governs the confidential treatment of information exchanged between the parties. The NDA contains detailed

provisions regarding confidentiality obligations, the definition and scope of confidential information, and limitations on the use and disclosure of such information. Public disclosure of the NDA would reveal confidential business terms and proprietary provisions that the parties expressly agreed to keep confidential.

Exhibit B is the LOI that was exchanged between the parties during negotiations concerning a potential joint venture. The LOI contains commercially sensitive information regarding proposed business terms, including proposed equity structures, capital contributions, intellectual property licensing arrangements, operational responsibilities, and financial commitments. Public disclosure of this document would reveal sensitive business and strategic information regarding a contemplated transaction.

Since the Memorandum of Law in Support of Defendant's Motion to Dismiss quotes and discusses portions of the NDA and LOI, the memorandum must also be filed under seal to preserve the confidentiality of those documents. Publicly filing the memorandum would effectively disclose the confidential terms of the agreements despite sealing the underlying exhibits.

The request to seal is narrowly tailored. Defendant seeks to file under seal only portions of the memorandum of law and the two exhibits that contain confidential contractual terms. All other filings in connection with Defendant's Motion to Dismiss, including the Notice of Motion and the Declaration of Dara S. Elpren (with the exception of the exhibits thereto), will be filed publicly.

This Letter Motion, along with the proposed documents to be filed under seal, have been served on all parties via the Court's ECF system.

We thank the Court for its attention to this matter. Should you require additional information, please let us know.

Very truly yours,

Wilson Elser Moskowitz Edelman & Dicker LLP

*/s/ Dara S. Elpren*

Dara S. Elpren

The motion to seal is granted temporarily. The Court will assess whether to keep the materials at issue sealed or redacted when deciding the underlying motion.

The Clerk of Court is directed to terminate ECF No. 38.

SO ORDERED.

August 28, 2026