**LEVIN-EPSTEIN & ASSOCIATES, P.C.**

420 Lexington Avenue • Suite 2458 • New York, New York 10170
T: 212.792.0046 • E: Joshua@levinepstein.com

***Via Electronic Filing***
The Hon. Jesse M. Furman, U.S.D.J.
U.S. District Court Southern District of New York
40 Centre Street, Room 2202
New York, NY 10007

Re: *FusionMedia Ventures, LLC v. Sportority Inc.*
Case No.: 26-cv-03039

Dear Honorable Judge Furman:

This law firm represents Plaintiff FusionMedia Ventures, LLC (the "Plaintiff") in the above-referenced action.

We write, with the consent of counsel for Defendant Sportority Inc. ("Defendant"), to respectfully request a two-week extension of Plaintiff's deadline to respond to Defendant's motion to dismiss, from September 15, 2026 to September 29, 2026.

The basis for this request is that undersigned counsel was traveling overseas for one week during the current response period.

A second, independent basis also necessitates the instant request, *to wit:* the intervening Jewish high holidays have further limited the time available to prepare Plaintiff's response. This is Plaintiff's first request for an extension of this deadline.

Defendant does not oppose this request. In light of Plaintiff's stated intention to file an amended complaint, and, in light of Plaintiff's requested extension, Defendant respectfully requests a corresponding extension of its deadline to (1) file an answer; (2) file a new motion to dismiss; or (3) file a letter on ECF stating that it relies on the previously filed motion to dismiss by October 30, 2026.

Thank you, in advance, for your time and consideration.

Respectfully submitted,

LEVIN-EPSTEIN & ASSOCIATES, P.C.

By: */s/ Jason Mizrahi*
Jason Mizrahi, Esq.
420 Lexington Ave., Suite 2458
New York, NY 10170
Tel.: (212) 792-0048
Email: Jason@levinepstein.com
*Attorneys for Plaintiff*

Application GRANTED as to Plaintiff's requested extension. As previously ordered at ECF No. 41, if Plaintiff does amend, Defendant shall respond by **three weeks after the amended complaint is filed**. If Plaintiff instead files an opposition, Defendant's reply shall be filed by **October 6, 2026**. The Clerk of Court is directed to terminate ECF No. 48.

SO ORDERED

September 14, 2026

To: All Counsel of Record (via ECF)