UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FUSIONMEDIA VENTURES, LLC,<br>Plaintiff,<br>-v-<br>SPORTORITY INC., *d/b/a Minute Media*,<br>Defendant. | 26-CV-3039 (JMF)<br>ORDER |

JESSE M. FURMAN, United States District Judge:

In light of Defendant's new motion to dismiss, *see* ECF No. 56, Defendant's earlier motion to dismiss filed at ECF No. 35 is hereby DENIED as moot. Plaintiff's opposition to the new motion to dismiss is due by **November 3, 2026**. Defendant's reply, if any, is due by **November 10, 2026**.

The Clerk of Court is directed to terminate ECF No. 35.

SO ORDERED.

Dated: October 21, 2026
New York, New York

JESSE M. FURMAN
United States District Judge