WILSON ELSER
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP

October 20, 2026

**Sarah Fink**
516.620.4637 (direct)
Sarah. Fink@WilsonElser.com

VIA ECF
The Honorable Jesse M. Furman
United States District Court for the Southern District of New York
500 Pearl Street, Room 2510
New York, NY 10007

Re: FUSIONMEDIA Ventures, LLC et al v. Sportority Inc. d/b/a Minute Media
Case No. 1:26-cv-03039-JMF
Letter Motion to File Memorandum of Law in Support of Motion to Dismiss the First Amended Complaint and Supporting Exhibits Under Seal
File No: 28080.00001

Dear Judge Furman:

This firm represents defendant Sportority Inc. d/b/a Minute Media ("Minute") in the above-referenced action. We write pursuant to Part 7 of the Court's Individual Rules and Practices in Civil Cases to respectfully request leave to file the Memorandum of Law in Support of Defendant Minute's Motion to Dismiss Plaintiff's First Amended Complaint ("FAC") (ECF No. 55), as well as supporting Exhibits A and B, under seal.

The documents for which Defendant seeks leave to file under seal include: (1) The September 2024 LOI attached as Exhibit A to the Fink Declaration in Support of the Memorandum of Law in Support of the Motion to Dismiss; (2) the November 2024 LOI attached as Exhibit B to the Fink Declaration in Support of the Memorandum of Law in Support of the Motion to Dismiss; and (3) the Memorandum of Law in Support of Defendant Minute's Motion to Dismiss Plaintiff's Complaint, which quotes:

(a) portions of Mutual Non-Disclosure Agreement ("NDA") attached as Exhibit A to the FAC;

(b) portions of the October 2024 LOI attached as Exhibit B to the FAC;

(c) portions of representative allegedly trade secret information attached as Exhibits C – H to the FAC;

(d) portions of the September 2024 LOI attached as Exhibit A to the Memorandum of Law in Support of the Motion to Dismiss; and

(e) portions of the November 2024 LOI attached as Exhibit B to the Memorandum of Law in Support of the Motion to Dismiss.

Good cause exists for sealing the documents described herein. As set forth in the Court's Individual Rules and Practices, "[t]o be approved, any redaction or sealing of a court filing must be narrowly tailored to serve whatever purpose justifies the redaction or sealing and must be otherwise consistent with the presumption in favor of public access to judicial documents." *See Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 119-20 (2d Cir. 2006).

Exhibit A to the Fink Declaration is the September 2024 draft LOI that was exchanged between the parties during negotiations concerning a potential joint venture. Exhibit B to the Fink Declaration is the November 2024 draft LOI. The LOI drafts contain allegedly commercially sensitive information regarding proposed business terms, including proposed equity structures, capital contributions, intellectual property licensing arrangements, operational responsibilities, and financial commitments. Public disclosure of these documents may reveal allegedly sensitive business and strategic information regarding a contemplated transaction.

The remaining items that are to be filed under seal, pending grant of this Motion, are items that were filed by Plaintiffs under Seal along with the First Amended Complaint, and contain allegedly commercially sensitive information regarding proposed business terms, including proposed equity structures, capital contributions, intellectual property licensing arrangements, operational responsibilities, and financial commitments. Public disclosure of these documents may reveal allegedly sensitive business and strategic information regarding a contemplated transaction.

Since the Memorandum of Law in Support of Defendant's Motion to Dismiss quotes and discusses portions of the NDA and LOI, the memorandum must also be filed under seal to preserve the confidentiality of those documents. Publicly filing the memorandum would effectively disclose the confidential terms of the agreements despite sealing the underlying exhibits.

The request to seal is narrowly tailored. Defendant seeks to file under seal only portions of the memorandum of law and the two exhibits that contain confidential contractual terms. All other filings in connection with Defendant's Motion to Dismiss, including the Notice of Motion and the Declaration of Sarah Fink (with the exception of the exhibits thereto), will be filed publicly.

This Letter Motion, along with the proposed documents to be filed under seal, have been served on all parties via the Court's ECF system.

We thank the Court for its attention to this matter. Should you require additional information, please let us know.

Very truly yours,

Wilson Elser Moskowitz Edelman & Dicker LLP

*/s/ Sarah Fink*

Sarah Fink

The motion to seal is granted temporarily. The Court will assess whether to keep the materials at issue sealed or redacted when deciding the underlying motion. The Clerk of Court is directed to terminate ECF No. 59.

SO ORDERED.

October 21, 2026